UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

SANDRA A. CORKWELL
JEANNE I. KIBBY,                                  Case No. 16-21360-DOB

                                                  Chapter 7 Proceeding
_____/                   Honorable Daniel S. Opperman

## NOTICE OF UNCLAIMED FUNDS OR<br>FUNDS UNDER $5 TO BE DEPOSITED IN THE U.S. REGISTRY

      The attached check represents the total sum of unclaimed dividends in this estate and is to be paid to the Court pursuant to 11 U.S.C §347(a), in the amount of $25,457.41. The name(s) of the parties, claim number(s) and amount(s) to unclaimed dividends is/are as follows:

| | | |
|---|---|---|
| (1) | Allied Collection Services<br>Claim #3 | $ 11.42 |
| | Capitol One Bank<br>Claim #4 | $ 567.22 |
| | Fedloan Servicing<br>Claim #7 | $18,410.31 |
| | Financial Recovery Services<br>Claim #8 | $ 1,596.29 |
| | Total Card, Inc.<br>Claim #12 | $ 600.62 |
| | Tate & Kirlin Associates<br>Claim #13 | $ 776.48 |
| | EPMG of Michigan PC<br>Claim #16 | $ 191.89 |
| | Grand Traverse Radiologists<br>Claim #20 | $ 5.41 |

| | |
|---|---|
| Hospitalists of NW MI-TC PLLC<br>Claim #22 | $ 10.08 |
| Jefferson Capital Systems<br>Claim #23 | $ 59.95 |
| Kalkaska Memorial Health Ctr<br>Claim #24 | $ 139.34 |
| LJ Ross & Associates<br>Claim #25 | $ 39.97 |
| Mercy Hospital-Grayling<br>Claims #26 | $ 1,106.43 |
| Midland Finding, LLC<br>Claim #29 | $ 362.10 |
| Mobile Medical Response<br>Claim #32 | $ 36.11 |
| Money Recovery Nationwide<br>Claim #33 | $ 16.09 |
| National Service Bureau, Inc.<br>Claim #34 | $ 26.73 |
| Northern Credit Bureau<br>Claim #36 | $ 117.30 |
| Riverwalk Holdings Ltd<br>Claim #39 | $ 721.47 |
| Russell Collection<br>Claim #40 | $ 22.84 |
| Sleep Diagnostics of Michigan<br>Claim #41 | $ 52.42 |
| Weltman Weinberg & Reis<br>Claim #44 | $ 567.22 |
| Grand Traverse Radiologists<br>Claim #45 | $ 19.72 |
| TOTAL | $25,457.41 |

DATED: July 22, 2024                     /s/ Randall L. Frank

                                         _____
                                         Randall L. Frank (P33189)
                                         Chapter 7 Trustee
                                         P.O. Box 2220
                                         Bay City, MI 48707-2220
                                         (989) 893-2461
                                         randall.frank@gmail.com